**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANI HAWKINS-BRENTT, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>FASTENAL COMPANY, a Minnesota corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-CV-02353-CKD<br><br>[Removed from San Joaquin County Superior Court, Case No. STK-CV-UOE-2025-0017542]<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>[*Filed concurrently with Declaration of Roxanna Tabatabaeepour and [Proposed] Order]*<br><br>Action Filed: November 25, 2025<br>Removal Date: July 2, 2026<br>Trial Date: None<br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Carolyn K. Delaney |

The Court, having considered the Joint Stipulation filed by the parties, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. All dates and deadlines in this case are hereby VACATED; and,
2. This case is hereby **REMANDED** to the Superior Court of the State of California for the County of San Joaquin.

**IT IS SO ORDERED.**

Dated: November 18, 2026

Troy L. Nunley
Chief United States District Judge